# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ROBERT YOUNG,<br><br>    Petitioner,<br><br>    v.<br><br>M. ATCHELY, Warden,<br><br>    Respondent. | Case No. ED CV 20-0852 MCS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections, and Respondent's Reply to the Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, with the following amendment: in footnote 7 on page 31 of the Report and Recommendation, the Court substitutes "The informant" for "Petitioner" as the subject of the sentence so that the footnote begins, "The informant testified . . . ."

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 8, 2021

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE