JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ROBERT YOUNG,<br><br>        Petitioner,<br><br>    v.<br><br>M. ATCHELY, Warden,<br><br>        Respondent. | Case No. EDCV 20-0852 MCS (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: July 8, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE